NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**MICHAEL AWE,**
*Petitioner*

**v.**

**MERIT SYSTEMS PROTECTION BOARD,**
*Respondent*

---

2019-1058

---

Petition for review of the Merit Systems Protection Board in No. CH-315H-18-0384-I-1.

---

## JUDGMENT

---

MICHAEL T. SMITH, Michael T. Smith & Assoc., Schaumburg, IL, argued for petitioner.

KATHERINE MICHELLE SMITH, Office of General Counsel, Merit Systems Protection Board, Washington, DC, argued for respondent. Also represented by TRISTAN LEAVITT.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (PROST, *Chief Judge,* PLAGER and DYK, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

September 10, 2019      /s/ Peter R. Marksteiner
Date      Peter R. Marksteiner
     Clerk of Court